HENRY C. TIFFANY, Respondent, *v.* JOHN J. ELLIS, Appellant, Impleaded with Others.

*Tiffany* v. *Ellis*, 121 App. Div. 929, affirmed.
(Submitted January 4, 1909; decided January 19, 1909.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 16, 1907, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the complaint in a stockholder's action against former officers thereof, alleging fraud and conspiracy and demanding an accounting.

The following questions were certified:

"1. Does the amended complaint state a cause of action?

"2. Was the permanent receiver a necessary party to the action?

"3. Were the trustees of the corporation necessary parties to the action?"

*Monroe Wheeler* for appellant.

*James O. Sebring* for respondent.

Order affirmed, with costs; first question certified answered in the affirmative, second answered in the negative, and third not answered, as the demurrer does not raise that question; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.